UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSHUA WILLARD,<br><br>            Plaintiff,<br><br>       v.<br><br>A. ARANDA, et al.,<br><br>            Defendants. | Case No.  1:20-cv-01804-NONE-EPG (PC)<br><br>ORDER RE: STIPULATION FOR DISMISSAL WITH PREJUDICE<br><br>(ECF No. 26) |

On May 27, 2021, the parties filed a stipulation to dismiss this entire action with prejudice. (ECF No. 26.) In light of the stipulation, the case has ended and is dismissed with prejudice. *See* Fed. R. Civ. P. 41(a)(1)(A); *Wilson v. City of San Jose*, 111 F.3d 688, 692 (9th Cir. 1997). Accordingly, the Clerk of the Court is respectfully directed to assign a district judge to this case for the purpose of closing the case and then to close this case.

IT IS SO ORDERED.

Dated:  **June 1, 2021**                      /s/ *Erica P. Grosjean*
                                                              UNITED STATES MAGISTRATE JUDGE