UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSHUA WILLARD, | No. 1: 20-cv-1804 NONE-EPG P |
| Plaintiff, | |
| v. | ORDER |
| A. ARANDA, et al., | |
| Defendants. | |

Plaintiff is a state prisoner, proceeding without counsel, with a civil rights action pursuant to 42 U.S.C. § 1983. On May 24, 2021, the undersigned conducted a settlement conference in this action. This action settled.

On June 21, 2021, plaintiff filed a letter with the court stating that he did not receive the signed settlement agreement.

Accordingly, IT IS HEREBY ORDERED that within seven days of the date of this order, defendants shall send plaintiff a copy of the signed settlement agreement.

Dated: June 25, 2021

Will1804.ord.kc

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

1