UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSHUA WILLARD,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>A. ARANDA, et al.,<br><br>　　　　Defendants. | No.  1: 20-cv-1804 NONE EPG P<br><br><br>ORDER |

　　　　Plaintiff is a state prisoner, proceeding without counsel, with a civil rights action pursuant to 42 U.S.C. § 1983.  For the reasons stated herein, the issue of plaintiff's receipt of the signed settlement agreement is deemed resolved.

　　　　On May 24, 2021, the undersigned conducted a settlement conference in this action.  (ECF No. 24.)  This action settled.  (Id.)  On June 21, 2021, plaintiff filed a letter with the court stating that he did not receive the signed settlement agreement.  (ECF No. 28.)  Plaintiff signed this letter on June 14, 2021  (Id.)  On June 25, 2021, the undersigned ordered defendants to send plaintiff a copy of the signed settled agreement within seven days.  (ECF No. 29.)

　　　　On July 30, 2021, plaintiff filed a letter with the court stating that he did not receive a copy of the signed settlement agreement, as required by the June 21, 2021 order.  (ECF No. 30.)  On August 2, 2021, defendants filed a response to plaintiff's July 30, 2021 letter.  (ECF No. 31.)  Defendants state that on June 11, 2021, they sent plaintiff the fully-executed settlement

1

1  documents.  (Id.)  Defendants state that they will send plaintiff a second copy of the settlement
2  documents concurrently with their August 2, 2021 response.  (Id.)
3       It appears that the settlement documents sent to plaintiff by defendants on June 11, 2021
4  may have been lost.  Because defendants have now re-served plaintiff with a second copy of the
5  settlement documents, the issue of plaintiff's receipt of the settlement documents is deemed
6  resolved.
7       Accordingly, IT IS HEREBY ORDERED that the issue of plaintiff's receipt of the
8  settlement agreement is deemed resolved.
9  Dated:  August 3, 2021

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

Will1804.ord(2)