UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSHUA WILLARD,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>A. ARANDA, et al.,<br><br>　　　　Defendants. | No.  1: 20-cv-1804 DAD EPG P<br><br><br><br>ORDER |

　　　Plaintiff is a state prisoner, proceeding without counsel, with a civil rights action pursuant to 42 U.S.C. § 1983. On May 24, 2021, the undersigned conducted a settlement conference in this action. (ECF No. 24.)  This action settled.

　　　The court received a letter from plaintiff, dated December 13, 2021, stating that plaintiff did not receive the settlement money from defendants.

　　　Accordingly, IT IS HEREBY ORDERED that within fourteen days of the date of this order, defendants shall inform the court of the status of the settlement payment.

Dated:  December 21, 2021

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　／s／ Kendall J. Newman
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　KENDALL J. NEWMAN
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

Will1804.ord(3)

1

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28