UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSHUA WILLARD,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>A. ARANDA, et al.,<br><br>　　　　Defendants. | Case No. 1:20-cv-01804-DAD-EPG (PC)<br><br>ORDER REGARDING PLAINTIFF'S LETTER DATED JANUARY 6, 2022<br><br>(ECF No. 37) |

　　　Plaintiff Joshua Willard ("Plaintiff") is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983.

　　　On May 24, 2021, Magistrate Judge Kendall J. Newman conducted a settlement conference and the case settled. (ECF No. 24.) On December 22, 2021, after Plaintiff filed a letter stating that he had not received the settlement money, the Court ordered Defendants to inform the Court of the status of the settlement payment within fourteen (14) days. (ECF No. 34.) On January 4, 2021, Defendants filed a response confirming that the settlement funds had been deposited in Plaintiff's prisoner trust account on December 30, 2021. (ECF No. 36.)

　　　On January 10, 2022, Plaintiff filed a letter stating that he had not yet received Defendants' response to Judge Newman's order. (ECF No. 37.) Plaintiff requests that the Court address this matter, take steps to ensure that Defendants respond to Judge Newman's order, and acknowledge receipt of Plaintiff's letter. (*Id.*)

Plaintiff's letter is dated January 6, 2022, and the proof of service in support of Defendants' response states that the response was served on Plaintiff by U.S. Mail on January 4, 2022. (ECF Nos. 36-2, 37.) Thus, it appears the response may still have been in the mail when Plaintiff filed his letter and no further action is necessary. However, if Plaintiff still has not received Defendants' response as of the date of this order, he may contact Defendants' counsel and Defendants shall provide Plaintiff with another copy.

IT IS SO ORDERED.

Dated: **January 12, 2022**     /s/ Erica P. Grosjean
UNITED STATES MAGISTRATE JUDGE